# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>Plaintiff,<br><br>v.<br><br>AESTHETIC REVOLUTION, LLC dba ASRV<br><br>Defendant. | Case No. 6:22-cv-00209-GLS-TWD |

## STIPULATION FOR DISMISSAL

Plaintiff, CHRISTOPHER WALTERS, and Defendant, AESTHETIC REVOLUTION, LLC dba ASRV, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 21, 2022

| | |
|---|---|
| NYE, STIRLING, HALE & MILLER, LLP | COOLEY LLP |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By: _/s/ Sarah M. Lightdale_<br>Sarah M. Lightdale, Esq.<br>slightdale@cooley.com<br>55 Hudson Yards<br>New York, New York 10001<br>Phone: (212) 479 6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 21st day of November, 2022.

                                                                */s/ Benjamin J. Sweet*
                                                                  Benjamin J. Sweet